UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SLOAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 16-cv-01333-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 19 |

　　　　Plaintiff George Sloan, proceeding pro se, filed this action against defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Wachovia Bank in Alameda County Superior Court on January 9, 2015. Dkt. No. 1-1. Wells Fargo, which has acquired Wachovia Bank, removed the case to this Court on federal question and diversity grounds on March 17, 2016. Dkt. No. 1.

　　　　The bank filed a motion to dismiss the complaint on March 24, 2016. Dkt. No. 9. On April 13, 2016, Wells Fargo filed a notice alerting the Court that plaintiff Sloan did not file a timely opposition to the motion. Dkt. No. 19.

　　　　The Court is advised that another ADR phone conference is set for May 6, 2016 to discuss potential loan modification options. If the case does not resolve at that phone conference, the Court will issue an order to show cause on plaintiff's failure to respond to the motion to dismiss. The Court vacates the hearing set for Wednesday, May 11, 2016.

　　　　**IT IS SO ORDERED.**

Dated: April 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge