UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SLOAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLSFARGO HOME MORTGAGE/WACHOVIA MORTGAGE, FSB,<br><br>        Defendant. | Case No. 16-cv-01333-JD<br><br>**ORDER RE RESPONSE TO AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 22, 25 |

The Court is advised that a further ADR teleconference has been set for May 25, 2016, and extends the deadline to respond to the amended complaint to April 3, 2016. No other deadlines are continued.

**IT IS SO ORDERED.**

Dated: May 11, 2016

_____
JAMES DONATO
United States District Judge